UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN E. WATSON,

        Plaintiff,

                              Civil No. 06-1336-HA

   v.

                             ORDER FOR AWARD OF ATTORNEY
                             FEES AND COSTS UNDER 26 U.S.C. § 2412(d)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

     Plaintiff is awarded attorney's fees in the amount of $3,795.00 to be paid directly to plaintiff's attorney based on an hourly rate of $165.00 and 23 hours of attorney time. Plaintiff is also awarded costs in the amount of $13.02 for service of the summons and complaint by certified mail.

     Dated this   23   day of October, 2007.

                                                 /s/ ANCER L. HAGGERTY
                                                ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE